# Test Document - Sealed Criminal Complaint